**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 2 West, Inc., On Behalf of Itself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>        v.<br><br>VIRGIN MOBILE USA, INC., DANIEL H. SCHULMAN, JOHN D. FEEHAN, JR., LEHMAN BROTHERS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, and BEAR, STEARNS & CO. INC.,<br><br>                Defendants. | <u>**ECF CASE**</u><br><br>**07 CV 11625 (UA)**<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 2 West, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: December 28, 2007

                                        s/ Richard A. Speirs
                                Richard A. Speirs (RS8872)
                                Zwerling, Schachter & Zwerling, LLP
                                41 Madison Avenue
                                New York, NY 10010
                                (212) 223-3900