UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 2 West, Inc., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN MOBILE USA, INC., DANIEL H. SCHULMAN, JOHN D. FEEHAN, JR., LEHMAN BROTHERS, MERRILL LYNCH & CO., and BEAR STEARNS & CO., INC.,<br><br>Defendants. | 1:07-cv-11625 (TPG)(DFE)<br><br>**ECF CASE**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE, that pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff 2 West, Inc. hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: February 7, 2008

By: _/s/ Richard A. Speirs_
Richard A. Speirs

**ZWERLING, SCHACHTER & ZWERLING,** LLP
Richard A. Speirs
41 Madison Avenue
New York, NY 10010
Phone: (212) 223-3900
Facsimile: (212) 371-5969

**ZWERLING, SCHACHTER & ZWERLING,** LLP
Kevin M. McGee
595 South Federal Highway, Suite 600
Boca Raton, Florida 33428
Phone: (561) 544-2500
Facsimile: (561) 544-2501

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 2 West, Inc., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGIN MOBILE USA, INC., DANIEL H. SCHULMAN, JOHN D. FEEHAN, JR., LEHMAN BROTHERS, MERRILL LYNCH & CO., and BEAR STEARNS & CO., INC.,<br><br>Defendants. | 1:07-cv-11625 (TPG)(DFE)<br><br>ECF CASE |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system and by mailing the same in a sealed envelope, with postage paid thereon, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to:

**D. Seamus Kaskela**
**Richard A. Maniskas**
Schiffrin Barroway Topaz
& Keller, LLP
280 King of Prussia Road
Radnor, PA  19087

**Susan L. Saltzstein**
Skadden, Arps, Slate, Meagher &
Flom, LLP
Four Times Square
New York, NY  10036-6522

**James G. Gamble**
Simpson Thacher &
Bartlett LLP
425 Lexington Avenue
New York, NY  10017

**Evan J. Smith**
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY  11501

|  |  |
|---|---|
| **Kim E. Miller**<br>Kahn Gauthier Swick, LLC<br>12 East 41st Street<br>12th Floor<br>New York, NY  10017 | **Samuel H. Rudman**<br>Coughlin, Stoia, Geller, Rudman<br>& Robbins, LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY  11747 |

February 7, 2008

Respectfully Submitted,

**ZWERLING, SCHACHTER**
   **& ZWERLING, LLP**

By:   s/Richard A. Speirs
        Richard A. Speirs (RS8872)
        41 Madison Avenue
        New York, NY  10010
        Tel:  (212) 223-3900
        Fax:  (212) 371-5969